IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN MORGAN,

              Plaintiff,

    vs.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

              Defendant.

Civil Action No.   2:22-cv-237

**COMPLAINT**

AND NOW, comes the Plaintiff, BRIAN MORGAN, by and through his attorney, Brian Patrick Bronson, Esquire, and the law firm of QuatriniRafferty, P.C., and files this Complaint in Civil Action in the Federal District Court for the Western District of Pennsylvania, stating as follows:

**INTRODUCTION**

**NATURE OF THIS ACTION**

1.      This action is filed pursuant to the Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. (hereinafter referred to as "ERISA") and the Declaratory Judgment Act, 28 U.S.C. §§2201, 2202. Mr. Brian Morgan (hereinafter "Plaintiff") is a participant in an employee welfare benefit plan (hereinafter referred to as "The Plan") which is administered pursuant to an insurance policy issued by Unum Life Insurance Company of America.  The Plan is governed by ERISA.  Plaintiff is a beneficiary under the Plan. This Complaint challenges the Plan's unlawful practice of failing to provide

Plaintiff with the timely payment of Long Term Disability benefits under the Plan.

Specifically, Plaintiff is filing this action to enforce his rights under the Plan and for attorney

fees, interest and costs as provided by ERISA.

## JURISDICTION AND VENUE

2.      This Court has Original Jurisdiction to hear this Complaint and to adjudicate

the claims herein pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132.

3.      Venue is proper in this Court, as the Plan was administered in the Western

District of Pennsylvania.

## PARTIES

4.      The Plaintiff, Brian Morgan resides at 824 Ohio Avenue, Glassport, PA

15045, Allegheny County.

5.      The Defendant, Unum Life Insurance Company of America, is the Claims

Administrator of Long Term Disability claims and is located at 2211 Congress Street,

Portland, ME 04122.

6.      Defendant administered employee benefits, mainly Long Term Disability

benefits, under the Plan in accordance with the insurance policy issued to the Plan by the

Claims Administrator.

## STATEMENT OF FACTS

7.      The Plaintiff, Mr. Brian Morgan, last worked for Diversified Service Options,

Inc. d.b.a. GuideWell Source,  as a Testing Business Analyst on or about May 9, 2018,

wherein he stopped working due to diagnoses, symptoms, and functional limitations of Epilepsy; Uncontrolled Seizure Disorder; Migralepsy (Migraines with Seizures); Migraine Headaches; Cognitive Dysfunction with Impaired Memory, Speech, and Motor Function; Severe Sleep Apnea; High Blood Pressure; and High Cholesterol.

8.    By letter dated November 14, 2018, Defendant approved Plaintiff's claim for Long Term Disability benefits.

9.    By letter dated October 29, 2020, Defendant denied Plaintiff's claim for Long Term Disability benefits beyond November 9, 2020 based on a 24-month self-reported symptom limitation.

10.    Plaintiff, by and through his attorney Brian Patrick Bronson, Esquire filed a timely and responsive appeal by letter dated March 24, 2021.

11.    By letter dated May 3, 2021, Defendant gave Plaintiff and opportunity to respond to information and an expert report.

12.    Plaintiff, by and through his attorney Brian Patrick Bronson, Esquire submitted a response from his treating physicians by letters dated May 12, 2021 and May 18, 2021.

13.    By letter dated June 23, 2021, Defendant upheld their decision to deny Plaintiff's claim for Long Term Disability benefits beyond November 9, 2020.

14.    At all times relevant to this proceeding, the Plaintiff has received Social Security Disability benefits, which began in November of 2018 with a date of disability of May 13, 2018. The Plaintiff continues to receive Social Security Disability benefits in an uninterrupted fashion.

## CAUSE OF ACTION

### Employment Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq.

15.    Paragraphs 1 through 14 are incorporated herein as if set forth at length.

16.    Plaintiff has exhausted all administrative remedies and mandatory appeals as required by the Plan and ERISA 29 U.S.C. §1001 et seq.

17.    At all times relevant to this action, the Plaintiff has been unable to perform the material duties of any gainful occupation due to diagnoses, symptoms, and functional limitations of Epilepsy; Uncontrolled Seizure Disorder; Migralepsy (Migraines with Seizures); Migraine Headaches; Cognitive Dysfunction with Impaired Memory, Speech, and Motor Function; Severe Sleep Apnea; High Blood Pressure; and High Cholesterol.

18.    The Defendant's actions in denying Plaintiff benefits under the Plan constitutes a violation of 29 U.S.C. § 1132(3)(B)(ii) .

19.    The Defendant ignored pertinent medical evidence and failed to evaluate all of the evidence of record including the medical of Plaintiff's treating physicians.

20.    The Defendant did not conduct a full and fair review of the claim as required by ERISA.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs respectfully prays that the Court issue an Order:

(1)    Awarding, declaring or otherwise providing Plaintiff all relief to which Plaintiff is entitled under ERISA Section 502 Paragraph (a) 29 U.S.C. Section 1132(a);

(2)    Awarding pre and post judgment interests;

- 5 -

(3)      Awarding Plaintiff the costs of this action and reasonable attorneys fees;

(4)      Awarding such other relief as may be just and reasonable.

<u>/s/ Brian Patrick Bronson, Esquire</u>
Brian Patrick Bronson, Esquire (Pa #89035)
QuatriniRafferty, P.C.
550 East Pittsburgh Street
Greensburg, PA  15601
Phone:  (724) 837-0080
Fax:  (724) 837-1348
E-mail:  bpb@qrlegal.com

Dated:   February 9, 2022